Marian S. Honeyman, Appellant, *v.* Herbert G. Hanan, as Executor of Herbert W. Hanan, Deceased, Respondent.

(Argued April 15, 1936; decided May 19, 1936.)

*Robert B. Honeyman* for appellant.

*James S. Brown, Jr.,* and *Anthony F. Tuozzo* for respondent.

Judgment affirmed, with costs; no opinion. (See 271 N. Y. 662.)

Concur: LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN, and FINCH, JJ. Not voting: CRANE, Ch. J.